FILED

08 JUL 16 AM 10: 57

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FERNANDO AVILA PEREZ JR.

                Plaintiff,

    vs.

D.L. RUNNELS   WARDEN

                Defendant.

CV 08 3426 CW (PR)

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, FERNANDO PEREZ _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ⨉

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  AUTO AG ELECTRIC SYSTEMS IN FREEDOM, CAL LOCATED AT

5  2130 FREEDOM BLVD.

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.    Business, Profession or         Yes ____ No X

10            self employment

11      b.    Income from stocks, bonds,      Yes ____ No X

12            or royalties?

13      c.    Rent payments?                  Yes ____ No X

14      d.    Pensions, annuities, or         Yes ____ No X

15            life insurance payments?

16      e.    Federal or State welfare payments,   Yes ____ No X

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                    Yes ____ No X

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____  Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1       b.    List the persons other than your spouse who are dependent upon you for
2           support and indicate how much you contribute toward their support.  (NOTE:
3           For minor children, list only their initials and ages.  DO NOT INCLUDE
4           THEIR NAMES.).
5   _____
6   _____
7   5.    Do you own or are you buying a home?    Yes ____ No X
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.    Do you own an automobile?    Yes ____ No X
10  Make _____ Year _____ Model _____
11  Is it financed? Yes _____ No _____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.    Do you have a bank account? Yes ____ No X (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s):  $ _____
17  Do you own any cash? Yes ____ No X Amount: $ _____
18  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ____ No X
20  _____
21  8.    What are your monthly expenses?
22  Rent: $ _____ Utilities: _____
23  Food: $ _____ Clothing: _____
24  Charge Accounts:
25  Name of Account    Monthly Payment    Total Owed on This Acct.
26  _____ $ _____ $ _____
27  _____ $ _____ $ _____
28  _____ $ _____ $ _____9.  Do

1  you have any other debts?  (List current obligations, indicating amounts and to whom they are
2  payable.  Do not include account numbers.)
3  _____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ____  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  ___6·25·08___                    _____
17        DATE                              SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FERNANDO PEREZ    Plaintiff,

v.

D.L. RUNNELS    Defendant.

CASE NO.
STATE SUPR. COURT # S149775
PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, FERNANDO PEREZ , declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ N/A _____    Net: _____ N/A _____

Employer: _____ N/A _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____ N/A _____

2.    Have you received, within the past twelve (12) months, any money from any of the following sources:

a.    Business, Profession or self employment    Yes ___ No ✓

b.    Income from stocks, bonds, or royalties?    Yes ___ No ✓

c.     Rent payments?                Yes ___ No ✓

d.     Pensions, annuities, or        Yes ___ No ✓
        life insurance payments?

e.     Federal or State welfare payments,    Yes ___ No ✗
        Social Security or other govern-
        ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____ N/A _____

_____

3.     Are you married?     Yes ▨ No ✓

Spouse's Full Name: _____ N/A _____

Spouse's Place of Employment: _____ N/A _____

Spouse's Monthly Salary, Wages or Income:

Gross $ _____ N/A _____ Net $ ___ N/A _____

4.   a.     List amount you contribute to your spouse's support:

$ _____ N/A _____

   b.     List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____ N/A _____

_____

5.     Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $ ___ N/A _____ Amount of Mortgage: $ ___ N/A _____

6.     Do you own an automobile?   Yes ___ No ✓

Make ___ N/A _____ Year ___ N/A ___ Model ___ N/A _____

Is it financed? Yes ___ No ✓ If so, Total due: $ _____ N/A _____

2

Monthly Payment: $ ___N/A___

7.    Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No _✓_    CERTIFICATE OF FUNDS ATTACHED.

Name(s) and address(es) of bank: ___N/A___

_____

Present balance(s): $ ___N/A___

Do you own any cash? Yes ☐  No ✓  Amount: $ ___N/A___

Do you have ___ ther assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ☐  No ✓

___N/A___

8.    What are your monthly expenses?

Rent: $ ___N/A___    Utilities: ___N/A___

Food: $ ___N/A___    Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N/A | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

___N/A___

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

under the penalty of perjury that the foregoing is true and correct and understand that a false herein may result in the dismissal of my claims.

6.25.08

DATE                              SIGNATURE OF APPLICANT

1

2  Case Number: _____

3

4

5

6

7

8

9  **CERTIFICATE OF FUNDS**

10  **IN**

11  **PRISONER'S ACCOUNT**

12

13      I certify that attached hereto is a true and correct copy of the prisoner's trust account

14  statement showing transactions of FERNANDO A. PEREZ JR for the last six months

15  at

16  [prisoner name]

17  HIGH DESERT STATE PRISON where (s)he is confined.

18  [name of institution]

19      I further certify that the average deposits each month to this prisoner's account for the

20  most recent 6-month period were $ 8.25 and the average balance in the prisoner's

21  account each month for the most recent 6-month period was $ 10.66 .

22

23  Dated: 7-2-08

24  [Authorized officer of the institution]

25

26

27

28

        - 5 -    INFORMA APPLICATION ENCLOSED

REPORT ID: TS3030 .701

REPORT DATE: 07/02/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 02, 2008 THRU JUL. 02, 2008

ACCOUNT NUMBER : V63964
ACCOUNT NAME : PEREZ, FERNANDO AVILA
PRIVILEGE GROUP: A

BED/CELL NUMBER: FCB7T1000000129L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/02/2008 | | BEGINNING BALANCE | | | | | 13.78 |
| 01/10 | FC01 | DRAW-FAC 1 | 3052 C 2ND | | | 13.78 | 0.00 |
| 01/22* | DD30 | CASH DEPOSIT | 3197 3680 | | 13.50 | | 13.50 |
| 01/24 | W220 | STATE FILING | 3259 FFF | | | 6.00 | 7.50 |
| 02/14 | FR01 | CANTEEN RETUR | 703483 | | | 0.03- | 7.53 |
| 02/19* | DD30 | CASH DEPOSIT | 3516 3816 | | 13.50 | | 21.03 |
| 02/21 | W220 | STATE FILING | 3569 FFF | | | 6.00 | 15.03 |
| 02/26 | W516 | LEGAL COPY CH | 3642 02/08 | | | 1.00 | 14.03 |
| 03/13 | FC01 | DRAW-FAC 1 | 3927 C 3RD | | | 14.03 | 0.00 |
| 04/10 | FR01 | CANTEEN RETUR | 704475 | | | 0.03- | 0.03 |
| 04/17* | DD30 | CASH DEPOSIT | 4665 4141 | | 11.25 | | 11.28 |
| 04/17 | W220 | STATE FILING | 4670 FFF | | | 5.00 | 6.28 |
| 06/04* | DD30 | CASH DEPOSIT | 5650 4385 | | 11.25 | | 17.53 |
| 06/04 | W220 | STATE FILING | 5691 FFF | | | 5.00 | 12.53 |
| 06/12 | FC01 | DRAW-FAC 1 | 5874 C 2ND | | | 12.53 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/23/2008 | H114 | COPAY FEE, MED. | 6066 6/06 | 5.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/20/03
COUNTY CODE: *MON

CASE NUMBER: *SS032339
FINE AMOUNT: $ 1,586.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 01/02/2008 | | BEGINNING BALANCE | | 1,316.50 |

REPORT ID: TS3030  .701

REPORT DATE: 07/02/08
PAGE NO:    2

HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 02, 2008 THRU JUL. 02, 2008

ACCT: V63964       ACCT NAME: PEREZ, FERNANDO AVILA       ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/20/03                     CASE NUMBER: *SS032339
COUNTY CODE: *MON                            FINE AMOUNT: $  1,586.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 01/22/08 | DR30 | REST DED-CASH DEPOSIT | 15.00- | 1,301.50 |
| 02/19/08 | DR30 | REST DED-CASH DEPOSIT | 15.00- | 1,286.50 |
| 04/17/08 | DR30 | REST DED-CASH DEPOSIT | 12.50- | 1,274.00 |
| 06/04/08 | DR30 | REST DED-CASH DEPOSIT | 12.50- | 1,261.50 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|----------------------------|
| 13.78 | 49.50 | 63.28 | 0.00 | 5.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------
5.00-