# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FERNANDO AVILA PEREZ JR.
_____
PLAINTIFF or PETITIONER (IN PROPRIA PERSONA)

v.

D.L. RUNNELS WARDEN
_____
Defendant or Respondent
JAILOR

Case Number: C-08-3426-CW
[STATE SUP. COURT # S149775]

**PROOF OF SERVICE**

I hereby certify that on JUNE 25, 2008, I served a copy of the attached FEDERAL PETITION FOR A WRIT OF HABEAS CORPUS, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at SUSANVILLE, CA 96127 : INSTITUTIONAL MAILROOM.

PARTIES SERVED: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 450 GOLDEN GATE AVENUE, BOX 36060, SAN FRANCISCO, CA 94102.
(1) COPY

I declare under penalty of perjury that the foregoing is true and correct.

_____
F. Perez