Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

FILED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C08-3426-CW

22 July 2008

My name is Fernando Perez currently incarcerated at High Desert State Prison in California. I recently received a copy of my filed (July 16, 2008) Habeas Corpus Petition (Case No. 3426) for this District Court, along with this I received a "ECF, PDF Registration Information Handout" I am not exactly sure what this handout pertains to? It is my understanding by signing and submitting to the Court a request for an ECF user ID and Password, I am consenting to entry of email address into the Courts electronic service registry etc. which is somewhat vague to me, and I would like some more information regarding this registration. However if it is in my best interest I would like to consent to this entry since I currently have said Petition pending in this court and an unrepresented litigant as well.

Thank-you for your time and patience

Respectfully,
F. Perez
Perez Jr., Fernando A.

My Return Address: Fernando A. Perez Jr. #V-63964
H.D.S.P. C7 #129
P.O. Box 3030
Susanville, CA 96127

Fernando A. Perez Jr. #V63964
HDSP C7 #129
P.O. Box 3030
Susanville, CA 96127

HIGH DESERT STATE PRISON

Mailed From 96127
07/24/2008
$00.00
US POSTAGE
USA FIRST-CLASS FOREVER

9410 2+3681 0004

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RECEIVED

08 JUL 28 PM 12:4...

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA